LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff Micheal Turner

MORRIS POLICH & PURDY LLP
Nicholas M. Wieczorek, Esq. (Bar No. 6170)
Jeremy J. Thompson, Esq. (Bar No. 12503)
500 S. Rancho Drive, Suite 17
Las Vegas, Nevada 89106
Telephone: (702) 862-8300
Fax: (702) 862-8400
Email: nwieczorek @ mpplaw.com; jthompson @ mpplaw.com
Attorneys for Defendant MDC Restaurants, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHEAL TURNER,<br><br>           Plaintiff,<br><br>vs.<br><br>MDC RESTAURANTS, LLC, a Nevada limited liability company,<br><br>           Defendant. | Case No.: 2:13-cv-02253-LDG-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

        IT IS STIPULATED AND AGREED, by Plaintiff MICHEAL TURNER and Defendant MDC RESTAURANTS, LLC, a Nevada limited liability company, by and through their respective counsel of record, that all claims in this matter are hereby DISMISSED WITH PREJUDICE.

////

////

////

////

////

////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

1   The parties have agreed that each side shall bear his or its own attorney's fees and costs.

2

3   DATED: March 6, 2015.                    DATED: March 6, 2015.

4   LAW OFFICES OF ROBERT P. SPRETNAK        MORRIS POLICH & PURDY LLP

5   By: /s/ Robert P. Spretnak               By: /s/ Nicholas M. Wieczorek
       Robert P. Spretnak, Esq.                  Nicholas M. Wieczorek, Esq.
6                                                Jeremy J. Thompson, Esq.

7   Attorney for Micheal Turner, Plaintiff   Attorneys for MDC Restaurants, LLC,
                                             Defendant
8   8275 S. Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123                  500 S. Rancho Drive, Suite 17
9                                            Las Vegas, Nevada 89106

10

11  IT IS SO ORDERED.
12  DATED this 13 day of March, 2015.

13                                           _____
14                                           UNITED STATES DISTRICT COURT JUDGE
15                                           LLOYD D. GEORGE

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2